```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  CATHERINE CERNA
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, CA 95814
 4  (916) 554-2762

 5  Of Counsel:                              OK/HAV

 6  JACK GIPSMAN
    Regional Attorney
 7  JEFFREY MOULTON
    Deputy Regional Attorney
 8  Office of General Counsel
    United States Department of Agriculture
 9  33 New Montgomery Street
    San Francisco, CA 94105-4511
10  Telephone:  (415) 744-3011

11  Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 2:05 CV 01693 DFL GGH |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ON STIPULATION TO EXTEND |
| v. | ) | MOTION TO DISMISS HEARING DATE |
| | ) | AND FILING DEADLINE FOR |
| CITY AND COUNTY OF SAN FRANCISCO, HETCH HETCHY WATER AND POWER, | ) ) ) ) | OPPOSITION AND REPLY |
| Defendant. | ) | |

Based on the parties' STIPULATION TO EXTEND MOTION TO DISMISS HEARING DATE AND FILING DEADLINE FOR OPPOSITION AND REPLY and good cause having been shown,

IT IS HEREBY ORDERED that the current dates for briefing and hearing on defendant's Motion to Dismiss are continued, as follows:

///

///

1

1
2                                    CURRENT DATE:        NEW DATE REQUESTED:
3  Date for plaintiff's
   Opposition to
4  Motion to Dismiss:                March 10, 2006;      March 29, 2006
5  Date for defendant's
   Reply Brief:                      March 22, 2006;      April 12, 2006
6
7  Hearing Date for
   Motion to Dismiss:                March 29, 2006;      April 19, 2006 at 10
8                                                         a.m.
9
10
   Dated: 3/10/2006
11
12
13                                          _____
14                                          DAVID F. LEVI
                                            United States District Judge
15
...
28

2