1 | McGREGOR W. SCOTT
United States Attorney
2 | CATHERINE CERNA
Assistant U.S. Attorney
3 | 501 "I" Street, Suite 10-100
Sacramento, CA 95814
4 | (916) 554-2762

5 | Of Counsel:

6 | JACK GIPSMAN
Regional Attorney
7 | JEFFREY MOULTON
Deputy Regional Attorney
8 | Office of General Counsel
United States Department of Agriculture
9 | 33 New Montgomery Street
San Francisco, CA 94105-4511
10 | Telephone:  (415) 744-3011

11 | Attorneys for Plaintiff

12

13                      IN THE UNITED STATES DISTRICT COURT

                    FOR THE EASTERN DISTRICT OF CALIFORNIA
14

15 | UNITED STATES OF AMERICA      )   2:05 CV 01693 DFL GGH
                                  )
16 |           Plaintiff,         )   STIPULATION TO CONTINUE DATE
                                  )   FOR HEARING ON DEFENDANT'S
17 |           v.                 )   MOTION TO DISMISS; ORDER THEREON.
                                  )
18 | CITY AND COUNTY OF SAN        )
FRANCISCO, HETCH HETCHY          )
19 | WATER AND POWER,             )
                                  )
20 |           Defendant.         )

21

22      Plaintiff the UNITED STATES OF AMERICA, by and through its

23 | undersigned counsel, and defendant CITY AND COUNTY OF SAN FRANCISCO,

24 | HETCH HETCHY WATER AND POWER, by and through its counsel, David

25 | Ammons with the San Francisco City Attorney's Office, do hereby

26 | stipulate as follows:

27      1.   This stipulation is signed by all parties who have

28 | appeared in this action and who are affected by this stipulation.

1

1     2.    The Court has requested additional briefing on and

2  rescheduled the hearing date for Defendant's Motion to Dismiss to

3  May 24, 2006.

4     3.    Do to a conflict with this date, the parties wish to

5  continue said hearing date to June 7, 2006, at 10:00 a.m.

6  Accordingly, counsel submit this stipulation requesting such

7  continuance.

8

9                              Respectfully submitted,

10

11
                                  McGREGOR W. SCOTT
12                                United States Attorney

13

14  DATED: April 21, 2006        BY: /s/ Catherine-Cerna___
                                  CATHERINE J. CERNA
15                                Assistant U.S. Attorney
                                  Counsel for plaintiff the UNITED
16                                STATES OF AMERICA

17

18

19  DATED: April 21, 2006        BY:  /s/ David-Ammons____
                                  DAVID AMMONS
20                                Deputy City Attorney
                                  Counsel for defendant CITY AND
21                                COUNTY OF SAN FRANCISCO, HETCH
                                  HETCHY WATER AND POWER
22                                (Original signature retained by
                                  attorney)
23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                              2

**ORDER**

Based on this stipulation and good cause having been shown,

IT IS HEREBY ORDERED that the date for hearing on

DEFENDANT'S MOTION TO DISMISS, currently set for May 24, 2006, is

hereby changed to June 7, 2006, at 10:00 a.m.


Dated: May 3, 2006

/s/ David F. Levi
THE HONORABLE DAVID F. LEVI
United States District Court Judge

3