IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Civ. S-05-cv-1693 DFL GGH |
| Plaintiff, | Memorandum of Opinion and Order |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, HETCH HETCHY WATER AND POWER, | |
| Defendants.       / | |

The court CERTIFIES an interlocutory appeal under 28 U.S.C. § 1292(b) of its finding on August 8, 2006 that plaintiff United States's state law claims are not barred by Cal. Gov. Code § 945.6. The court finds that whether Cal. Gov. Code § 945.6 applies to the United States's state law claims is a controlling question of law because "a contrary decision would materially advance ultimate termination." 16 Charles Alan Wright & Arthur Miller, Federal Practice and Procedure § 3930 (2007). Moreover, whether Cal. Gov. Code § 945.6 applies to the United States is an unsettled and difficult issue where there is substantial ground for difference of opinion. See 2 Fed. Proc., L. Ed. §

3:212 (2007) (noting that there is a substantial ground for difference of opinion that supports a certificate for an interlocutory appeal if "novel and difficult questions of first impression are presented"). Finally, the court concludes that an immediate appeal may materially advance the litigation. Therefore, San Francisco's petition is GRANTED.

IT IS SO ORDERED.

Dated: May 17, 2007

/s/ David F. Levi_____

DAVID F. LEVI

United States District Judge