DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
DAVID W. AMMONS, State Bar #187168
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3954
Facsimile:    (415) 554-3837
E-Mail:       david.ammons@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, HETCH HETCHY WATER AND POWER,<br><br>  Defendants. | Case No. 2:05 CV 01693 DFL GGH<br><br>**STIPULATION AND ORDER FOR STAY OF PROCEEDINGS** |
|---|---|

    The parties hereby agree and stipulate to stay proceedings in the above-captioned action until the Ninth Circuit Court of Appeals has rendered a decision on the City and County of San Francisco's Petition for Permission to Appeal this Court's August 8, 2006 Order (Petition) or, if granted, on the subsequent interlocutory appeal.

    The parties will promptly notify this Court to request the appropriate action upon receipt of

/ / /

such determination.

DATED:  June 13, 2007

                                      DENNIS J. HERRERA
                                      City Attorney
                                      JOANNE HOEPER
                                      Chief Trial Deputy


                        By:   /s/ DAVID W. AMMONS
                             DAVID W. AMMONS
                             Deputy City Attorney

                             Attorneys for Defendant City and
                             County of San Francisco

DATED:  June 13, 2007                 MCGREGOR W. SCOTT
                                      United States Attorney


                        By:     /s/ CATHERINE CERNA
                             CATHERINE CERNA
                             Assistant U.S. Attorney

                             Attorneys for Plaintiff
                             United States of America

**ORDER**

    Based upon the stipulation of the parties, all proceedings in the above-captioned action are stayed pending the Ninth Circuit's ultimate ruling on the City and County of San Francisco's Petition for Permission to Appeal.

    Accordingly, all Scheduling Order dates are hereby vacated pending notice by the parties.

DATED:  June 14, 2007
                            /s/ David F. Levi
                            HONORABLE DAVID F. LEVI
                            Chief Judge of the United States District Court,
                            Eastern District, California